# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

E-FILED
MAR - 2 2018
Document #

| | |
|---|---|
| SANG YONG and JEMMA KIM<br><br>Plaintiffs,<br><br>vs.<br><br>TORRANCE UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 2:17-cv-05914-PSG-PLA<br><br>**JUDGMENT**<br><br>Judge: Honorable Philip S. Gutierrez |

The Court having considered Plaintiffs' Motion for Summary Judgment, and having granted Plaintiffs' Motion for Summary Judgment on February 23, 2018,

IT IS ORDERED AND ADJUDGED that the Plaintiffs be awarded the sum of $97,336.17 in attorney's fees and costs against Defendant Torrance Unified School District.

Dated: 3/2/18

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

JUDGMENT
1